THE JOHN J. HART COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Hart Company* v. *City of New York*, 129 App. Div. 903, affirmed.
(Argued June 12, 1911; decided October 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered January 25, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover for excess work alleged to have been performed in connection with a contract for paving.

*George B. Hayes* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Francis Martin* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.